```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

NEELAM B. BHARDWAJ,             )
                                )
          Plaintiff,            )        8:06CV624
                                )
     v.                         )
                                )
COUNTY OF VALLEY, a political   )        ORDER
subdivision of the State of     )
Nebraska, and VALLEY COUNTY     )
HOSPITAL, a Nebraska county     )
hospital, d/b/a Valley County   )
Health System,                  )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to respond to the motions to dismiss (Filing No. 18). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff shall have until December 31, 2006, to respond to defendants' motions to dismiss.

DATED this 4th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court