IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF VALLEY, a political subdivision of the State of Nebraska, and VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend deadline for filing report of parties' planning conference (Filing No. 20). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the parties shall have twenty days after the Court rules on defendants' motions to dismiss to file their Rule 16(f) report.

DATED this 18th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court