IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,            )
                               )
          Plaintiff,           )      8:06CV624
                               )
     v.                        )
                               )
COUNTY OF VALLEY, a political  )      ORDER
subdivision of the State of    )
Nebraska, and VALLEY COUNTY    )
HOSPITAL, a Nebraska county    )
hospital, d/b/a Valley County  )
Health System,                 )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion to file surreply (Filing No. 27). The Court has reviewed the record, the index of evidence (Filing No. 28) and defendant County of Valley's response (Filing No. 29) and finds said motion should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion to file surreply is denied.

DATED this 6th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court