IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,              )
                                 )
          Plaintiff,             )         8:06CV624
                                 )
     v.                          )
                                 )
COUNTY OF VALLEY, a political    )         ORDER
subdivision of the State of      )
Nebraska, and VALLEY COUNTY      )
HOSPITAL, a Nebraska county      )
hospital, d/b/a Valley County    )
Health System,                   )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on defendant Valley County Hospital, d/b/a Valley County Hospital System's motion for leave to file amended answer and affirmative defenses (Filing No. 36). The Court notes plaintiff and defendant Valley County have no objection thereto. Accordingly,

IT IS ORDERED that defendant's motion is granted; its amended answer and affirmative defenses shall be filed on or before April 20, 2007.

DATED this 12th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court