```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

NEELAM B. BHARDWAJ,            )
                               )
           Plaintiff,          )       8:06CV624
                               )
     v.                        )
                               )
COUNTY OF VALLEY, a political  )       ORDER
subdivision of the State of    )
Nebraska, and VALLEY COUNTY    )
HOSPITAL, a Nebraska county    )
hospital, d/b/a Valley County  )
Health System,                 )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file amendment to index (Filing No. 75). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until September 17, 2007, to file an amended index in support of motion to extend response deadline.

DATED this 12th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court