IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF VALLEY, a political subdivision of the State of Nebraska, and VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the unopposed motion to extend deadline to file dispositive motions (Filing No. 76). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until November 14, 2007, to file any dispositive motions.

DATED this 12th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court