IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF VALLEY, a political | ) | ORDER |
| subdivision of the State of | ) | |
| Nebraska, and VALLEY COUNTY | ) | |
| HOSPITAL, a Nebraska county | ) | |
| hospital, d/b/a Valley County | ) | |
| Health System, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend response time (Filing No. 72).  The Court has reviewed the motion, the briefs (Filing Nos. 73 and 82) and index of evidence in support thereof (Filing No. 74), as well as defendant County of Valley's brief in opposition thereto (Filing No. 77), and finds plaintiff's motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until October 31, 2007, to respond to the motion for summary judgment of defendant County of Valley.

DATED this 20th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court