IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,            )
                               )
           Plaintiff,          )        8:06CV624
                               )
     v.                        )
                               )
COUNTY OF VALLEY, a political  )        ORDER
subdivision of the State of    )
Nebraska, and VALLEY COUNTY    )
HOSPITAL, a Nebraska county    )
hospital, d/b/a Valley County  )
Health System,                 )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on the unopposed motion to dismiss with prejudice defendant County of Valley (Filing No. 94). Accordingly,

IT IS ORDERED that the motion is granted; defendant County of Valley is dismissed with prejudice from this action.

DATED this 29th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court