IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,            )
                               )
          Plaintiff,           )      8:06CV624
                               )
     v.                        )
                               )
VALLEY COUNTY HOSPITAL, a      )      ORDER
Nebraska county hospital,      )
d/b/a Valley County Health     )
System,                        )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint motion to extend discovery deadline and continue trial (Filing No. 99). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The discovery deadline is extended to December 17, 2007, for the limited purpose of taking depositions referred to in the motion.

2) The deadline for filing dispositive motions is extended to January 4, 2008.

3) The pretrial conference is rescheduled for:

**Tuesday, May 27, 2008, at 9:30 a.m.**

Suite 2210, Roman L. Hruska United States Courthouse, Chambers of Magistrate Judge F. A. Gossett.

4) Trial of this matter is rescheduled for:

**Monday, June 9, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court