IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,            )
                               )
          Plaintiff,           )         8:06CV624
                               )
     v.                        )
                               )
COUNTY OF VALLEY, a political  )         ORDER
subdivision of the State of    )
Nebraska, and VALLEY COUNTY    )
HOSPITAL, a Nebraska county    )
hospital, d/b/a Valley County  )
Health System,                 )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the joint motion to extend discovery deadline (Filing No. 104). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the discovery deadline is extended to February 7, 2008, for the limited purpose of taking depositions referred to in the motion.

DATED this 4th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court