IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF VALLEY, a political subdivision of the State of Nebraska, and VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) ) ) | AMENDED ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion to extend discovery deadline (Filing No. 104). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The deadline for discovery is extended to January 18, 2008, for the limited purpose of taking depositions.

2) The deadline to file dispositive motions is extended to February 7, 2008.

DATED this 4th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court