IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of response deadline (Filing No. 115). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until March 18, 2008, in which to respond to defendant's motion for summary judgment.

DATED this 28th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court