IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time for response deadline (Filing No. 118). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until March 18, 2008, in which to respond to plaintiff's motion for partial summary judgment.

DATED this 3rd day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court