IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEELAM B. BHARDWAJ,            )
                               )
            Plaintiff,         )       8:06CV624
                               )
      v.                       )
                               )
VALLEY COUNTY HOSPITAL, a      )       ORDER
Nebraska county hospital,      )
d/b/a Valley County Health     )
System,                        )
                               )
            Defendant.         )
_____ )
```

      This matter is before the Court on plaintiff's motion to continue trial (Filing No. 140). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; trial of this matter is rescheduled for:

**Monday, August 4, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 14th day of May, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court