IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEELAM B. BHARDWAJ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV624 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY COUNTY HOSPITAL, a Nebraska county hospital, d/b/a Valley County Health System, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw and substitute brief and exhibit (Filing No. 182). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant's brief in opposition to plaintiff's motion to compel settlement and request for sanctions (Filing No. 180) and declaration of Allison D. Balus in opposition to plaintiff's motion to compel settlement and request for sanctions (Filing No. 181-2) are deemed withdrawn and the substitute brief and substitute declaration attached to Filing No. 182 are deemed filed.

DATED this 18th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court